1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff  JESSICA MARIE LEE
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                           **SACRAMENTO DIVISION**
10

11
   JESSICA MARIE LEE,               )  Case No.:  2:16-CV-02565 CKD
12                                   )
              Plaintiff,             )  STIPULATION TO EXTEND
13                                   )  BRIEFING SCHEDULE
         vs.                         )
14                                   )
   NANCY A. BERRYHILL, Acting        )
15                                   )
   Commissioner of Social Security,  )
16                                   )
              Defendant              )
17   _____)

18
         TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE
19
   JUDGE OF THE DISTRICT COURT:
20
         Plaintiff Jessica Marie Lee ("Plaintiff") and defendant Nancy A. Berryhill,
21
   Acting Commissioner of Social Security ("Defendant"), through their undersigned
22
   counsel of record, hereby stipulate, subject to the approval of the Court, to extend
23
   the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand
24
   to May 30, 2017; and that Defendant shall have until June 28, 2017, to file his
25
   opposition.  Any reply by plaintiff will be due July 19, 2017.
26

                                      -1-

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 30, 2017          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  March 30, 2017        BENJAMIN WAGNER
United States Attorney

*/S/- Marcelo N. Illarmo

_____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including May 30, 2017, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to June 28, 2017 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due July 19, 2017.

IT IS SO ORDERED.

Dated:  April 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE