PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MARIE LEE,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:16-cv-02565-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from June 28, 2017 to July 28, 2017.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel will be on leave from June 22, 2017 to June 27, 2017.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly: Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before August 17, 2017).

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 21, 2017 | | */s/ Steven Rosales* |
| | | (*as authorized via e-mail on 6/21/17) |
| | | STEVEN ROSALES |
| | | Attorney for Plaintiff |
| | | |
| Dated: June 21, 2017 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | */s/ Marcelo Illarmo* |
| | | MARCELO ILLARMO |
| | | Special Assistant United States Attorney |
| | | |
| | | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated: June 23, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE